## UNITED STATES DISTRICY COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 13-CV-81084 DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,   )
                            )
            PLAINTIFF,      )
                            )
V.                          )
                            )
MICHAEL T. HUNT,            )
                            )
            DEFENDANT,      )
                            )
_____)

FILED BY _____ D.C.
2014 JAN 27 PM 12: 53
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

### ANSWER AND AFIRMATIVR DEFENSE

**1.** Without Knowledge

**2.** Agree

**3.** Cannot agree nor disagree and request proof of figures

**4.** Disagree, the Plaintiff has fail to adequately notify the Defendant of his obligations.  Fail to provide with

affidavit outlying obligations. It has not made demands described in paragraph 4. At no time did the Defendant neglect his obligation if one exist nor did the Defendant refuse to pay.

## AFIRMATIVE DEFENSE

1. From 1988-1991, I was enlisted in the US Army, and as part of my enlistment it was my understanding that most if not all of my student loan obligations would either be waived or forgiven. With that understanding I was not aware that that obligation still existed. I was also stationed in Germany for over 2 years during Desert Storm.

2. Now that I am aware that this obligation still exists who can I contact within the Student Loan Department to have this loan forgiven or vacated.

DATED this 21st day of January 2014.

Respectfully submitted

By: *Michael M Ha* [signature]